1 | KAREN P. HEWITT
United States Attorney
2 | STEWART M. YOUNG
Assistant U.S. Attorney
3 | California State Bar No. 234889
Federal Office Building
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-6228/ Fax: (619)235-2757

6 | Attorneys for Plaintiff
United States of America

7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )        Mag. Case No. 08-MJ-1161

                      Plaintiff,        )

11 |          v.                        )

                                       )        MOTION TO UNSEAL SPECIFIED
12 | THOMAS V. SWIFT (D1),                       DOCUMENTS FOR DISCOVERY
KEVIN D. KENNEDY (D2),               )        PURPOSES
13 | ROBERT ROCCO (D3),
STEVEN ZUFALL (D4),                  )
14 | RUDY TIJERINA (D5),
JESSE SANDOVAL (D6),                 )
15 | KYLE KIMBREL (D7),
JORGE MORALES (D8),                  )
16 | JOSE RODRIGUEZ-PARRA (D9),
RANDY KENNEDY (D10),                 )
17 | GLENN SWIFT (D11),
GREGORY SWIFT (D12),                 )
18 | BRANDON GONZALEZ (D13),
                                       )
19 |                   Defendants.
                                       )
20

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,
21
KAREN P. HEWITT, United States Attorney, and Stewart M. Young, Assistant United States Attorney,
22
and hereby moves the Court for an order directing that in the above-captioned case, the applications,
23
affidavits and search warrants attached thereto, as well as this motion and order, be unsealed for the
24
purposes of providing discovery to the defendants.
25

26

27

28

1    Furthermore, the Government further requests that these documents remain under seal, except

2   for the purposes of providing discovery to the defendant, until further order of the Court.

3      DATED: April 28, 2008.

Respectfully submitted,

4

KAREN P. HEWITT
5   United States Attorney

6   s/Stewart M. Young
STEWART M. YOUNG
7   Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

06MJ2202